IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA SUAREZ-TORRES,

Plaintiff,

v.

FUNERARIA ASENCIO AND MARIA HERNANDEZ,

Defendants.

CASE NO. 16-2296 (GAG)

## JUDGMENT

Pursuant to this Court's Memorandum Opinion at Docket No. 107, judgment is hereby entered dismissing Plaintiff's claims.

**SO ORDERED**.

In San Juan, Puerto Rico this 28th day of March, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge